**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 26-CR-20154-MSN** |
| **v.** | ) | |
| | ) | |
| **RASHAD STEWART,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), and with consent of the parties, the undersigned United States Magistrate Judge conducted a plea hearing in this case on September 23, 2026. At the hearing, Defendant entered a plea of guilty to Count One of the Indictment. On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact.

Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the District Judge.

It is therefore recommended that the Court: (1) grant

Defendant's request to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's guilty plea to Count One; (3) adjudicate Defendant guilty of 18 U.S.C. § 922(g)(1) as charged in Count One; and (4) order that Defendant remain in U.S. Marshal custody pending sentencing or further order of this Court.

The Defendant's sentencing hearing is scheduled before United States District Judge Mark S. Norris on **January 5, 2027, at 10:00 a.m.**

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

September 23, 2026
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL**